UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SCOTT R. SCHUTZ<br>    Plaintiff,<br><br>v.<br><br>ADVANTA CREDIT CARDS; AMERICAN EXPRESS COMPANY d/b/a AMERICAN EXPRESS; THE NATIONAL BANK OF INDIANAPOLIS COMPANY d/b/a, THE NATIONAL BANK OF INDIANAPOLIS; EXPERIAN INFORMATIONS SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 1:13-cv-01322-TWP-DKL |

**DEFENDANT CARDWORKS SERVICING, LLC CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant, CardWorks Servicing, LLC, hereby states that CardWorks Servicing LLC is a non-governmental corporate entity wholly owned by its parent, CardWorks, Inc., and there is no other parent corporation or publicly held corporation that owns ten percent (10%) or more of the stock of any of the corporations named in this Statement.

                                                      Respectfully submitted,

                                                      RILEY BENNETT & EGLOFF, LLP

Dated: 12/05/2013                         By: *s/ James W. Riley, Jr.*
                                                     James W. Riley, Jr.
                                                     141 East Washington Street, Fourth Floor
                                                   Indianapolis, Indiana 46204
                                                   (317) 636-8000
                                                   (317) 955-2158
                                                   JRiley@rbelaw.com
                                                   Attorney for Defendant,
                                                   CardWorks Servicing, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2013, a copy of the foregoing *Defendant CardWorks Servicing, LLC Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*s/ James W. Riley, Jr.*
James W. Riley, Jr.